UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Hokenstrom

    v.

N.H. Department of Corrections,
William Wrenn, Robert MacLeod,
Helen Hanks, Denise Rancourt,
Ryan Landry, Bernadette Campbell,
Christopher Kench, and Jeffrey Fetter

Case No. 14-cv-557-SM

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 19, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Defendants' Motion to Dismiss (doc. no. 13) is hereby granted to the extent that the plaintiff is barred from pursuing any § 1983 claims that are based upon conduct that occurred before December 12, 2011.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: December 9, 2015

cc:   Kevin Hokenstrom, pro se
      Elizabeth Mulholland, Esq.
      Frances C. Fredericks, Esq.
      Jonathan A. Lax, Esq.