**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


Kevin Hokenstrom

     v.                                          Case No. 14-cv-557-SM

N.H. Department of Corrections,
et al.


**REPORT AND RECOMMENDATION**


Under the aegis of 42 U.S.C. § 1983, Kevin Hokenstrom,
proceeding pro se, has sued the New Hampshire Department of
Corrections ("DOC") and several current and former DOC employees
claiming violations of his rights under the United States
Constitution, the Americans with Disabilities Act ("ADA"), and
the common law of New Hampshire.  Before me for a report and
recommendation is a motion to dismiss filed by the DOC, Robert
MacLeod, Helen Hanks, Ryan Landry, Bernadette Campbell, and
Christopher Kench.  That motion has been joined by Jeffrey
Fetter.  Hokenstrom has not objected.

In an order dated December 10, 2015, Judge McAuliffe
dismissed plaintiff's § 1983 claims to the extent that those
claims were "based upon conduct that occurred before December
12, 2011."  Order, doc. no. 44, 1.  The Report and
Recommendation that Judge McAuliffe approved in his Order

declined to address the question of whether plaintiff's ADA

claims or his claims under New Hampshire common law were also

time barred.  Defendants now argue that that plaintiff is barred

from pursuing ADA and state-law claims arising from conduct that

occurred before December 12, 2011.  They are correct, and their

motion to dismiss, doc. no. 42, should be granted for the

reasons stated therein.

Any objection to this Report and Recommendation must be

filed within 14 days of receipt of this notice.  See Fed. R.

Civ. P. 72(b)(2).  Failure to file an objection within the

specified time waives the right to appeal the district court's

order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57

(1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617

F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by

objections to magistrate judge's report are subject to review by

district court; issues not preserved by such objection are

precluded on appeal).

_____
Andrea K. Johnstone
United States Magistrate Judge

March 29, 2016

cc:  Kevin Hokenstrom, pro se
     Elizabeth Mulholland, Esq.
     Francis Charles Fredericks, Esq.