```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Kevin Hokenstrom

        v.                        Case No. 14-cv-557-SM

N.H. Department of Corrections, et. al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 8, 2016, for the reasons set forth therein.

Defendants' Motion for Summary Judgment (document no. 48) is hereby granted as to all defendants.  The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

                                                      _____
                                                      Steven J. McAuliffe
                                                      United States District Judge

Date: November 29, 2016

cc:   Kevin Hokenstrom, pro se
       Elizabeth Mulholland, Esq.
       Francis C. Fredericks, Esq.
       Jonathan A. Lax, Esq.