UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Hokenstrom

                v.                Case No. 14-cv-557-SM

N.H. Department of Corrections, et al.

## **J U D G M E N T**

In accordance with the following orders, judgment is hereby entered.

1. Order by U.S. District Judge Steven J. McAuliffe dated December 9, 2015, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 19, 2015,

2. Order by U.S. District Judge Steven J. McAuliffe dated May 1, 2016, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 29, 2016, and

3. Order by U.S. District Judge Steven J. McAuliffe dated November 29, 2016, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 8, 2016.

                                                      By the Court,

                                                      */s/ Daniel J. Lynch*

                                                      Daniel J. Lynch
                                                      Clerk of Court

Date: November 29, 2016

cc:     Kevin Hokenstrom, pro se
          Elizabeth Mulholland, Esq.
          Francis C. Fredericks, Esq.
          Jonathan Lax, Esq.